516

Submitted on brief April 29, affirmed May 6, petition for rehearing denied June 8, petition for review denied July 14, 1971

STATE OF OREGON, *Respondent, v.*
MICHAEL MELVIN DAVIS (No. 99954),
*Appellant.*
484 P2d 327

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

*State v. Gann,* 254 Or 549, 463 P2d 570 (1969).